1  MATTHEW W. BIXLER  SBN #187151
   RUDDELL, COCHRAN, STANTON,
2  SMITH, BIXLER, & WISEHART, LLP
   1102 North Chinowth Street
3  Visalia, California 93291
   Telephone:(559) 733-5770
4  Fax: (559) 733-4922

5
   Attorneys for Plaintiffs,
6  TONY AVILA and VERNA AVILA

7

8

9                  UNITED STATES DISTRICT COURT

10           EASTERN DISTRICT OF CALIFORNIA – FRESNO

11
   TONY AVILA and VERNA AVILA,    ) Case No.: 1:09-CV-01680-OWW-SMS
12                                )
          Plaintiffs,             )
13                                )
              vs.                 ) **STIPULATION AND ORDER FOR**
                                  ) **DISMISSAL**
14 BANK OF AMERICA, N.A., AND DOES )
   1-100 INCLUSIVE,               )
15                                )
          Defendants.             )
16 _____)
   BANK OF AMERICA, N.A.,         )
17                                )
          Third Party Plaintiff   )
18                                )
              vs.                 )
19 SUSAN VILLARREAL,              )
                                  )
          Third Party Defendant.  )
20

21     IT IS HEREBY STIPULATED by and between Plaintiffs, TONY

22 AVILA and VERNA AVILA and Defendant, BANK OF AMERICA, N.A.,

23 through their designated counsel, that the above captioned action

24 be and hereby is dismissed with prejudice pursuant to FRCP

25 41(a)(1).  This stipulation relates only to the Avilas' Complaint

26 against Bank of America and not Bank of America's Third Party

1

---

1 | Complaint against Susan Villarreal.

2

3 | DATED: _____June 1, 2010_____          RUDDELL, COCHRAN, STANTON,
                                          SMITH, BIXLER & WISEHART, LLP
4
                                    By: _/s/ Matthew W. Bixler_____
5                                        Matthew W. Bixler, Attorneys
                                         for Plaintiffs, TONY AVILA
6                                        and VERNA AVILA

7

8 | DATED: _____June 1, 2010_____          Severson & Werson
                                          A Professional Corporation
9
                                    By: _/s/ Mark I. Wraight_____
10                                       Mark I. Wraight,
                                         Attorneys for Defendant/Third-
11                                       Party Plaintiff Bank of
                                         America, N.A.
12

13

14
         The parties hereto, having so stipulated, IT IS SO ORDERED
15
   that the Complaint filed by Plaintiffs, Tony Avila and Verna
16
   Avila, against Defendant Bank of America, N.A. be dismissed.
17

18 | IT IS SO ORDERED.
19
       Dated:  **June 2, 2010**          _____**/s/ Oliver W. Wanger**
20                                       UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26