MARK JOSEPH KENNEY (State Bar No. 87345)
mjk@severson.com
MARK I. WRAIGHT (State Bar No. 228303)
miw@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:    (415) 398-3344
Facsimile:     (415) 956-0439

Attorneys for Defendant
BANK OF AMERICA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO

| | |
|---|---|
| TONY AVILA and VERNA AVILA,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., AND DOES 1-100 INCLUSIVE<br><br>Defendants. | Case No.:  1:09-CV-01680-OWW-SMS<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF THIRD-PARTY COMPLAINT** |
| BANK OF AMERICA, N.A.,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>SUSAN VILLARREAL<br><br>Third-Party Defendant | |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, third-party plaintiff Bank of America, N.A., and third-party defendant stipulate that Bank of America's third-party complaint in this action is dismissed without prejudice.

1  It is further stipulated that the parties shall bear their own fees and costs incurred in
2  connection with the third-party complaint.

3

4  DATED:  September 3, 2010                SEVERSON & WERSON
                                            A Professional Corporation
5

6
                                            By:*/s/ Mark Wraight*
7                                                         Mark I. Wraight

8                                           Attorneys for Third-Party Plaintiff
                                            BANK OF AMERICA, N.A.
9

10

11 DATED:  September 3, 2010

12

13
                                            By:*/s/ Susan Villarreal*
14                                                        Susan Villarreal

15                                          Third-Party Defendant

16

17

18
   IT IS SO ORDERED.
19
      Dated:  **September 24, 2010**           **/s/ Oliver W. Wanger**
20                                          UNITED STATES DISTRICT JUDGE

21

- 2 -